IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JOY M. RECTOR,

    Plaintiff,

vs.

                                      Case No. 2:11-CV-329

DISCOVER BANK, N.A.,
IAN M. SEPTOSKI, and
DOES 1 through 10,

    Defendant(s).

## **APPEARANCE**

To the Clerk of this court and all parties of record:

The undersigned certifies that he has read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* and the local rules of this Court pursuant to N.D. Ind. L.R. 83.5(g) and shall abide by them; and declares, under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for Discover Bank, N.A.

                                      BAKER & DANIELS LLP

                              By:   */s/John R Burns*
                                      John R Burns (#3016-02)
                                      111 East Wayne
                                      Suite 800
                                      Fort Wayne, Indiana 46802
                                      Tel: 260.424.8000
                                      Fax: 260.460.1700
                                      john.burns@bakerd.com

                                      *Counsel for Discover Bank, N.A.*

- 2 -

**CERTIFICATE OF SERVICE**

      I certify that on the 23rd day of September, 2011, I served a copy of the foregoing **APPEARANCE** upon each party or attorney of record on the Court's service list at the addresses shown thereon by: mailing the same to each of them with sufficient first class postage affixed:

Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN 46385-9293

                                          /s/*John R Burns*
                                          John R Burns

BDDB01 6872447v1