IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOY M. RECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPEARANCE** |
| v. | ) | |
| | ) | Case No. 2:11cv329 |
| DISCOVER BANK, N.A., IAN M. | ) | |
| SEPTOSKI AND DOES 1 THROUGH 10, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendant, **Ian M. Septoski**.


_September 26, 2011_
*Date*

____s/ Todd J. Kaiser_____
*Signature*

Todd J. Kaiser, Atty. No. 10846-49
*Print Name*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
111 Monument Circle, Suite 4600_____
*Address*

Indianapolis          IN     46204_____
*City*               *State*     *Zip Code*

317/916-1300
*Phone Number*

317/916-9076
*Fax  Number*

todd.kaiser@ogletreedeakins.com_____
*E-mail Address*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2011, a copy of the foregoing was filed electronically.  I hereby certify that on September 26, 2011, copy of the foregoing was mailed, by first class mail, postage prepaid and properly addressed to the following:

Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN  46385-9293

  s/ Todd J. Kaiser _____

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*todd.kaiser@ogletreedeakins.com*

10972365.1 (OGLETREE)

2