IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M. RECTOR, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:11-CV-329 |
| DISCOVER BANK, N.A., IAN M. SEPTOSKI, and DOES 1 through 10, | ) |
| Defendant(s). | ) |

**DISCOVER BANK, N.A.'S
MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Discover Bank, N.A. ("Discover Bank"), respectfully moves the Court for a thirty (30) day extension of time, to and including October 25, 2011, to respond to Plaintiff Joy M. Rector's Complaint. In support of this Motion, Discover Bank states:

1. On September 6, 2011, Plaintiff filed her Complaint.

2. Despite due diligence, Discover Bank and its counsel will be unable to prepare and file an adequate response to Plaintiff's Complaint within the time allowed by the rules of this Court, and will need an additional thirty (30) days to respond.

3. Counsel for Discover Bank attempted to contact Plaintiff via telephone to obtain her position on this Motion, but was unable to reach Plaintiff prior to the filing of this Motion, despite a good faith attempt.

4. This Motion is made in good faith and is not intended to hinder or delay the prosecution of this matter.

WHEREFORE, Defendant, Discover Bank, N.A. requests that it be allowed an additional thirty (30) days to and including October 25, 2011, to respond to Plaintiff's Complaint.

BAKER & DANIELS LLP


By:   */s/John R Burns*
     John R Burns (#3016-02)
     111 East Wayne
     Suite 800
     Fort Wayne, Indiana 46802
     Tel: 260.424.8000
     Fax: 260.460.1700
     john.burns@bakerd.com

*Counsel for Discover Bank, N.A.*


## CERTIFICATE OF SERVICE

I certify that on the 26th day of September, 2011, I served a copy of the foregoing **Discover Bank, N.A.'s Motion for Enlargement of time to Respond to Plaintiff's Complaint** upon each party or attorney of record on the Court's service list at the addresses shown thereon by: mailing the same to each of them with sufficient first class postage affixed:

Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN 46385-9293

          /s/*John R Burns*