UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JOY M. RECTOR, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:11-CV-329-JVB-PRC |
| | ) | |
| DISCOVER BANK, N.A., IAN M. | ) | |
| SEPTOSKI, and DOES I THROUGH 10, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint [DE 5], filed by Defendant Ian M. Septoski on September 26, 2011. In the instant Motion, Defendant requests an initial extension of time through October 25, 2011, within which to respond to Plaintiff's Complaint. Counsel for Defendant represents that he was unable to reach Plaintiff prior to the filing of this motion, despite a good faith attempt.

Finding the motion well taken, the Court hereby **GRANTS** Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint [DE 5] and **ORDERS** that Defendant Ian M. Septoski shall have up to and including **October 25, 2011**, within which to respond to Plaintiff's Complaint.

SO ORDERED this 27th day of September, 2011.

                                                s/ Paul R. Cherry
                                              MAGISTRATE JUDGE PAUL R. CHERRY
                                              UNITED STATES DISTRICT COURT

cc:    All counsel of record