**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| JOY M. RECTOR, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:11-CV-329-JVB-PRC |
| | ) | |
| DISCOVER BANK, N.A., IAN M. | ) | |
| SEPTOSKI, and DOES I THROUGH 10, | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on Discover Bank, N.A.'s Motion for Enlargement of Time to Respond to Plaintiff's Complaint [DE 6], filed by Defendant Discover Bank, N.A. on September 26, 2011. In the instant Motion, Defendant requests an initial extension of time through October 25, 2011, within which to respond to Plaintiff's Complaint. Counsel for Defendant represents that he was unable to reach Plaintiff prior to the filing of this motion, despite a good faith attempt.

Finding the motion well taken, the Court hereby **GRANTS** Discover Bank, N.A.'s Motion for Enlargement of Time to Respond to Plaintiff's Complaint [DE 6] and **ORDERS** that Defendant Discover Bank, N.A. shall have up to and including **October 25, 2011**, within which to respond to Plaintiff's Complaint.

SO ORDERED this 27th day of September, 2011.

    s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    All counsel of record