UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOY M. RECTOR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO.: 2:11-CV-329 |
| ) | |
| DISCOVER BANK, NA, IAN M. SEPTOSKI, ) | |
| DOES 1 through 10, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE**

In accordance with Federal Rule of Civil Procedure 16, this cause is now set for a **Preliminary Pretrial Conference on November 22, 2011 at 9:00 a.m. (Chicago/Hammond time),** 5400 Federal Plaza, Third Floor Magistrate Courtroom #5, Hammond, Indiana.  Parties are to appear in person or by counsel.

Fed. R. Civ. P. 16(b) requires this Court to enter a scheduling order, following consultation with all represented an unrepresented party(s), and all counsel, fixing deadlines for amendments to the pleadings, the commencement and completion of discovery.

At the conference, parties should be prepared to discuss the following:

(1) the nature of the case and the principal factual and legal issues;

(2) whether all parties have been served, or any parties dismissed;

(3) the discovery each party intends to undertake, the anticipated time necessary for completion of discovery, and any limitations on discovery that any party believes may be necessary;

(4) the time within which amendments to the pleadings shall be allowed;

(5) what motions are now pending or are anticipated by any party, and whether any briefing remains to be done with respect to any pending motions;

(6) whether any aspects of the case have been stipulated or settled.

ENTERED this 13th day of October, 2011.

s/ Paul R. Cherry
United States Magistrate Judge

CC:   All Counsel
      Joy M. Rector Plaintiff pro se