FILED

2011 OCT 14 PM 2:00

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M RECTOR,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVER BANK, N.A.,<br>IAN M SEPTOSKI, and<br>DOES 1 through 10<br><br>    Defendant | Case No.: 2:11-cv-00329-JVB -PRC<br><br>Notice of Removal<br><br>Date: October 13, 2011 |

Defendant, JOY M RECTOR, files this notice of removal under 28 U.S.C. § 1332, 1441(a), and 1446.

Defendant files this notice of removal of Cause **64D05-1001-CC-373** from the PORTER County Superior Court, of Indiana, to the United States District Court Northern District of Indiana, Hammond Division.

### BASIS FOR REMOVAL

Removal is proper because Defendant filed suit in the federal court claiming matters which involve federal questions.  28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

Specifically, Defendant's federal claim arises under the Fair Debt Collections Practices Act, 15 USC § 1692.

> The right to remove a case from state to federal court is vested exclusively in ". . . the defendant or the defendants . . ." 28 U.S.C. §1441(a); 28 U.S.C. §1446(a). *See also Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 61 S.Ct. 868 (1941).

1

1) This court is deprived of jurisdiction to under 28 U.S.C. § 1331 and § 1332 placing the District Court in the position of Jurisdiction over:

   a. Questions and claims of violation of constitutionally protected Fundamental Rights;

   b. Violations of the 15 U.S.C. 1692g, of the Fair Debt Collection Practices Act;

   c. Violations of Defendant's common-law Rights in matters involving Federal Corporations and Interstate Commerce in the form of lending and Banking;

   d. Violations of Defendant's Rights codified pursuant to Interstate Law/Compact entitled the Uniform Commercial Code;

   e. The amount in controversy exceeds $ 5,000.00;

   f. This court also has supplemental jurisdiction over all other claims that are so related to claims in this action that they form part of the same case or controversy under Article III of the United States Constitution, pursuant to 28 U.S.C. § 1367;

   g. Venue is properly laid in the Northern District of Indiana, South Bend Division, pursuant to 28 U.S.C. § 1391(c).

2) Defendant avers that the court has *in personum* jurisdiction over the named Defendants in her complaint and are subject to the Jurisdiction of the Federal Court by the following facts:

   a. The Federal District Court for the Northern District of Indiana, Hammond Division has properly recognized its jurisdiction over any and all property matters which are or may become part of this instant controversy.

    b. Removal under the authority of 28 U.S.C. § 1441 (b) is procedurally proper as this court's contravention of the foreclosure action destroys the Constitutional protection of a party deprived of property without due process of law.

    c. Removal under the authority of 28 U.S.C. § 1441 (c) is procedurally proper as to the multiplicity of Federal questions.

    d. This court has actual notice: the matter of DISCOVER BANK, N.A. versus JOY M RECTOR is removed to the Federal District Court for the Northern District of Indiana, Hammond Division.

3) With the above premises considered, the Defendant seeks to have this action heard before the U.S. District Court so federal questions are properly addressed and Defendant's rights are protected.

## CONCLUSION

4) Defendant hereby notifies the court that this instant matter has been removed to the federal court subsequent to a federal action, which was filed involving the actions of the Plaintiff in State civil collections cause. Said collections executed by Plaintiff and debt collector are violative of Federal protections afforded Petitioner. State Plaintiff and debt collector are vicariously liable for their actions and the actions of others named in the above referenced federal action.

Respectfully prepared and submitted this October 13, 2011 by,

*Joy M. Rector*
JOY M RECTOR
198 Pheasant Hills Court
Valparaiso, IN 46385-9293
219-776-5029

3

## CERTIFICATE OF SERVICE

I, JOY M RECTOR, do swear and affirm that I have served a signed copy of the foregoing to any and all defendants by way of first class U.S. Mail with sufficient postage on the 13th day of October, 2011.

John R Burns
BAKER & DANIELS LLP
111 East Wayne
Suite 800
Fort Wayne, Indiana 46802

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204

*Joy M. Rector*
JOY M RECTOR
198 Pheasant Hills Court
Valparaiso, IN 46385-9293
219-776-5029

Joy M Rector
198 Pheasant Hills Court
Valparaiso, IN 46385-9293

United States District Court
Clerk, *Hammond Division*
5400 Federal Plaza
Hammond, IN 46320

46320$1847 C005