IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOY M. RECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:11-CV-329 |
| DISCOVER BANK, N.A., | ) | |
| IAN M. SEPTOSKI, and | ) | |
| DOES 1 through 10, | ) | |
| | ) | |
| Defendant(s). | ) | |

## DISCOVER BANK'S MOTION TO DISMISS

The defendant, Discover Bank, N.A. ("Discover"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves the Court to dismiss the plaintiff's complaint against Discover. In support of this motion, Discover files its accompanying Brief in Support of Motion to Dismiss and attached exhibit.

WHEREFORE, Discover respectfully requests that the Court grant its Motion to Dismiss the plaintiff's complaint, and further grant Discover all other just and proper relief.

                                              BAKER & DANIELS LLP

                                          By:   */s/John R Burns*
                                                      John R Burns (3016-02)
                                                      111 East Wayne, Suite 800
                                                      Fort Wayne, Indiana 46802
                                                      Tel: 260.424.8000
                                                      Fax: 260.460.1700
                                                      john.burns@bakerd.com

                                                      *Attorneys for Discover Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on October 25, 2011, I served the foregoing **Discover Bank's Motion to Dismiss** by electronic means after consent in writing and via regular U.S. Mail:

Todd J. Kaiser  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
111 Monument Circle, Suite 4600  
Indianapolis IN 46204  
todd.kaiser@ogletreedeakins.com  

Joy M. Rector  
198 Pleasant Hills Court  
Valparaiso, IN 46385-9293  
joyrector@yahoo.com  

    /s/*John R Burns*  
    John R Burns

BDDB01 6913876v1