IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M. RECTOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISCOVER BANK, N.A., IAN M. SEPTOSKI, AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 2:11 CV 329 |

### DEFENDANT SEPTOSKI'S MOTION TO JOIN MOTION TO DISMISS

Defendant, Ian M. Septoski ("Septoski"), by counsel, moves to join in the Motion to Dismiss filed by Defendant, Discover Bank and, in support of this Motion, states:

1.　Discover Bank has recently filed a Motion to Dismiss the Complaint of Plaintiff (Doc. 13).

2.　The second argument contained in the Brief in Support of Motion to Dismiss (Doc. 14) is that Plaintiff's Fair Debt Collection Practice Act claim is barred by the statute of limitations.

3.　That defense is equally applicable to Defendant Septoski.

WHEREFORE, Defendant Ian M. Septoski, by counsel, prays that he be allowed to join in Discover Bank's Motion to Dismiss for the purposes of asserting that Plaintiff's claim is barred by the statute of limitations.

      Respectfully submitted,

      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

      By: s/ Todd J. Kaiser
        Todd J. Kaiser, IN Bar No. 10846-49
        111 Monument Circle, Suite 4600
        Indianapolis, IN  46204
        Telephone:  317.916.1300
        Facsimile:  317.916.9076
        *todd.kaiser@ogletreedeakins.com*

      Attorneys for Defendant Ian M. Septoski

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 26, 2011, a copy of the foregoing was filed electronically.  I hereby certify that on October 26, 2011, copy of the foregoing was mailed, by first class mail, postage prepaid and properly addressed to the following:

    Joy M. Rector
    198 Pheasant Hills Court
    Valparaiso, IN  46385-9293

    John R. Burns
    Baker & Daniels LLP
    111 East Wayne
    Suite 800
    Fort Wayne, IN  46802
    john.burns@bakerd.com


      s/ Todd J. Kaiser



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*todd.kaiser@ogletreedeakins.com*

11180623.1 (OGLETREE)