IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M. RECTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:11-CV-329 |
| DISCOVER BANK, N.A., ) | |
| IAN M. SEPTOSKI, and ) | |
| DOES 1 through 10, ) | |
| ) | |
| Defendant(s). ) | |

**MOTION TO REMAND**

The defendant Discover Bank, improperly identified in the Complaint as "Discover Bank, N.A." ("Discover Bank"), files its Motion to Remand pursuant to 28 U.S.C. § 1447(c) and in support states:

1. On September 6, 2011, the plaintiff, Joy M. Rector ("Rector"), filed a Complaint initiating this Case No. 2:11-CV-329 in the United States District Court for the Northern District of Indiana.

2. On October 14, 2011, Rector filed a Notice of Removal in this Case No. 2:11-CV-329 seeking to remove, pursuant to 28 U.S.C. § 1332, 1441(a), and 1446, the action known as Porter County Superior Court Case No. 64D05-1001-CC-373, in which that court has entered summary judgment in favor of Discover Bank against Rector on its Complaint seeking to collect the unpaid balance on a credit card obligation in default and dismissed Rector's counterclaim.

3. The Notice of Removal is improper because Rector did not file it within the 30–day removal period, and she waived removal by proceeding to litigate the merits of the state court case through to judgment and a recent notice of appeal.

4. Discover Bank files contemporaneously its Brief in Support of Motion to Remand, fully setting forth the basis of its Motion.

WHEREFORE, Discover Bank respectfully moves the Court to remand this case to the Porter Superior Court and for all other relief that is just.

BAKER & DANIELS LLP

By: /s/John R Burns
John R Burns (3016-02)
111 East Wayne, Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
john.burns@bakerd.com

*Attorneys for Discover Bank*

## CERTIFICATE OF SERVICE

I certify that on November 14, 2011, a copy of the foregoing **Discover Bank's Motion to Remand** was served via the Court's ECF notification system or via regular United State mail to:

Via ECF
Todd J. Kaiser
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
todd.kaiser@ogletreedeakins.com

Via U.S. Mail
Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN 46385-9293

/s/*John R Burns*
John R Burns

BDDB01 6913182v2