IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M. RECTOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISCOVER BANK, N.A., IAN M. ) <br> SEPTOSKI, AND DOES 1 THROUGH 10, ) <br> ) <br> Defendants. ) | Case No. 2:11 CV 329 |

### DEFENDANT SEPTOSKI'S MOTION TO JOIN MOTION TO REMAND

Defendant, Ian M. Septoski ("Septoski"), by counsel, moves to join in the Motion to Remand filed by Defendant, Discover Bank and, in support of this Motion, states:

1. Discover Bank has recently filed a Motion to Remand and Brief in Support (Doc. Nos. 16 and 17) asserting that the removal of the state court matter by Joy Rector to federal court is defective because she did not seek removal within the thirty (30) day removal period and she waived removal by proceeding to litigate the merits of the state-court case to judgment and a recent notice of appeal.

2. Defendant Septoski agrees with these arguments, the arguments are equally applicable to Defendant Septoski and, as a result, he moves to join in the Motion to Remand filed by Discover Bank.

WHEREFORE, Defendant, Ian M. Septoski, by counsel, moves to join in the Motion to Remand filed by Discover Bank, and for all other proper relief.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   s/ Todd J. Kaiser
Todd J. Kaiser, IN Bar No. 10846-49
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*todd.kaiser@ogletreedeakins.com*

Attorneys for Defendant Ian M. Septoski

### CERTIFICATE OF SERVICE

I certify that on November 16, 2011, a copy of the foregoing **Motion to Join Motion to Remand** was served via the Court's ECF notification system or via regular United State mail to:

**Via U.S. Mail**
Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN 46385-9293

**Via ECF**
John R. Burns
Baker & Daniels LLP
111 East Wayne
Suite 800
Fort Wayne, IN  46802
*john.burns@bakerd.com*

  s/ Todd J. Kaiser

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*todd.kaiser@ogletreedeakins.com*

11180922.1 (OGLETREE)