IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M. RECTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11-CV-329 |
| ) | |
| DISCOVER BANK, N.A., ) | |
| IAN M. SEPTOSKI, and ) | |
| DOES 1 through 10, ) | |
| ) | |
| Defendant(s). ) | |

### DEFENDANT DISCOVER BANK, N.A.'S LIMITED OBJECTION TO PLAINTIFF'S MOTION TO DISMISS

Defendant, Discover Bank, N.A. submits the following limited objection in response to Joy Rector's Motion to Dismiss and states:

1.  Plaintiff filed a Motion to Dismiss Defendant Discover Bank, N.A. (hereinafter "Discover Bank") on November 29, 2011.

2.  Discover does not object to the dismissal by Rector of her complaint against it "with prejudice," but objects to her attempt to dismiss the complaint "without prejudice" while the Court is considering Discover Bank's Motion to Dismiss (Docket No. 13) filed on October 25, 2011.

3.  It is clear from the pleadings before the Court that Discover Bank is entitled to be dismissed "with prejudice" because Discover Bank is not a debt collector under the Fair Debt Collection Practices Act ("FDCPA") and should never have been named as a defendant in this case.  Additionally, as noted in Discover Bank's Motion to Dismiss (Docket No. 13) the statute of limitations applicable to claims under the FDCPA cases bars plaintiff's claim.

BDDB01 9046727v1

- 2 -

4.  Plaintiff failed to timely respond to Discover Bank's Motion to Dismiss and did not file any response until December 19, 2011, when she filed a combined pleading and response to the Septowski objection (Docket No. 21) that contained paragraphs responsive to Discover Bank's Motion to Dismiss.  Plaintiff's primary reason to oppose Discover Bank's Motion to Dismiss "with prejudice" is that such an order of dismissal might somehow prejudice her from filing a claim under a different statute and some later date.  Such an argument is plainly without merit.

For the reasons set forth above, Discover Bank files this Limited Objection to plaintiff's Motion to Dismiss her complaint against Discover Bank and requests that the Court enter an order of dismissal with prejudice.

BAKER & DANIELS LLP


By: */s/John R Burns*
John R Burns (#3016-02)
111 East Wayne
Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
john.burns@bakerd.com

*Counsel for Discover Bank, N.A.*

BDDB01 9046727v1

- 3 -

## CERTIFICATE OF SERVICE

     I certify that on the 20th day of December, 2011, I served a copy of the foregoing **Defendant Discover Bank, N.A.'s Limited Objection To Plaintiff's Motion To Dismiss** upon each party or attorney of record on the Court's service list at the addresses shown thereon by: mailing the same to each of them with sufficient first class postage affixed:

Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN 46385-9293

Todd J. Kaiser
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis IN 46204
todd.kaiser@ogletreedeakins.com

                                                  /s/*John R Burns*
                                                  John R Burns