FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2012 JAN -3  PM 3: 16

| | |
|---|---|
| JOY M RECTOR, <br><br> Plaintiff, <br><br> vs. <br><br> DISCOVER BANK, N.A., <br><br> IAN M SEPTOSKI, and <br><br> **DOES** 1 through 10 <br><br> Defendants | Case No.: 2:11-cv-00329-JVB -PRC |

**PLAINTIFF'S OBJECTION AND REPLY TO**
**DEFENDANT DISCOVER BANK, N.A.'S**
**LIMITED OBJECTION TO PLAINTIFF'S MOTION TO DISMISS**

1. Discover Bank, N.A. ("Discover") objects to Plaintiff's dismissal of Defendant Discover "without prejudice."

2. In Discover's initial response under Legal Argument (Discover's doc 14, page 2) Discover informs the court,

    "Because the FDCPA *does not apply to Discover under any circumstances*, it is clear that Rector can prove *no set of facts* that would entitle her to relief against Discover for the violations of the FDCPA asserted in the complaint." Emphasis added

1

3. Discover's conclusory statement, *"Because the FDCPA does not apply to Discover under any circumstances . . .,"* if true, deprives this honorable forum of personal and/or subject matter jurisdiction over this instant cause.

4. Discover's conclusory statement *". . . no set of facts . . .,"* if true, deprives this honorable forum of personal and/or subject matter jurisdiction over this instant cause.

5. Although Defendant Discover raises Fed. R. Civ. P. 12(b)(6) issues, their argument is grounded in Fed. R. Civ. P. 12(b)(1), having plead, *"Because the FDCPA does not apply to Discover under any circumstances. . ."*

6. Dismissal "with prejudice" is inappropriate since ,

   > *The defendants ask that the amended complaint be dismissed with prejudice, but "[a] suit dismissed for lack of jurisdiction cannot also be dismissed `with prejudice'; that's a disposition on the merits, which only a court with jurisdiction may render. . . . `No jurisdiction' and `with prejudice' are mutually exclusive."* Frederiksen v. City of Lockport, 384 F.3d 437, 438 (7th Cir. 2004).

7. Plaintiff moved the court to dismiss Discover from this cause without prejudice and strike the motions entered by Defendant Discover as no longer relevant.

8. Defendant Septoski, in his initial response, answered, giving this honorable forum personal and subject jurisdiction over the matter.

9. Discover goes to great lengths to show they are not debt collectors within the meaning of the FDCPA, 15 U.S.C. § 1692(a)(6). (Discover's doc 14, page 2)  Such clarifications do not help Defendant Septoski as a debt collector.

10. Although *"no set of facts"* can be laid at Discover's feet, Defendant Septoski answered and there are questions of fact to be determined at trial on the merits.

## CERTIFICATE OF SERVICE

I, JOY M RECTOR, do swear and affirm that I have served a signed copy of the foregoing to any and all defendants by way of first class U.S. Mail with sufficient postage on the 3rd day of January 3, 2012.

John R Burns
BAKER & DANIELS LLP
111 East Wayne
Suite 800
Fort Wayne, Indiana 46802

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204

*Joy M Rector*
JOY M RECTOR
198 Pheasant Hills Court
Valparaiso, IN 46385-9293
219-776-5029
joyrector@yahoo.com

11. Plaintiff objects to dismissing Discover with prejudice since could be perceived, or misconstrued as a blanket of protection against future independent actions against Defendant under the Fair Credit Reporting Act, further, the Plaintiff's anticipated discovery may show Discover knew of, endorsed, or encouraged Septoski's tactics and actions.

12. Federal Rule of Civil Procedure 15(a) dictates that leave to amend a pleading "shall be given whenever justice so requires," *see Sanders v. Venture Stores, Inc.*, 56 F.3d 771, 773 (7th Cir. 1995); and, indeed, the rule expressly grants a plaintiff one opportunity to amend her complaint as a matter of course before a responsive pleading is served.

WHEREFORE, the Plaintiff moves the court to permit her to dismiss defendant Discover without prejudice, and set this matter for pre-trial conference.

Respectfully prepared and submitted this January 3, 2012 by,

*/s/ Joy M Rector*
JOY M RECTOR
198 Pheasant Hills Court
Valparaiso, IN 46385-9293
219-776-5029
joyrector@yahoo.com

3