IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOY M. RECTOR, | ) |
| Plaintiff, | ) |
| v. | ) |
| IAN M. SEPTOSKI, AND DOES 1 THROUGH 10, | ) Case No. 2:11 CV 329 |
| Defendants. | ) |

**NOTICE OF BANKRUPTCY AND MOTION TO VACATE PRETRIAL CONFERENCE**

Defendant, Ian M. Septoski ("Septoski"), by counsel, provides notice to the Court that Plaintiff, Joy M. Rector, has filed bankruptcy and this case should be automatically stayed. Mr. Septoski requests that the Court vacate the pretrial conference now scheduled for October 18, 2012 and, in support of this Motion, states:

1. Ms. Rector filed Chapter 7 bankruptcy in the Northern District of Indiana (Hammond Division) on June 7, 2012. Her case number is 12-22115.

2. The undersigned has been working with her bankruptcy trustee to attempt resolution of this matter. It is the understanding of the undersigned that shortly the trustee will abandon this claim. However, the trustee has not yet done so.

3. As a result of the bankruptcy and the failure to abandon the claim, this matter should be stayed and the pretrial conference now scheduled for October 18, 2012 should be vacated.

4. Once the bankruptcy trustee abandons this claim, the parties will either jointly file a stipulation of dismissal or Mr. Septoski will file a motion to dismiss.

WHEREFORE, Defendant, Ian M. Septoski, by counsel, prays that the Court stay this matter and vacate the pretrial conference now scheduled for October 18, 2012 at 10:30 a.m. and reset the matter upon notice that Ms. Rector can proceed with this claim.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   s/ Todd J. Kaiser
Todd J. Kaiser, IN Bar No. 10846-49
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
todd.kaiser@ogletreedeakins.com

Attorneys for Defendant Ian M. Septoski

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been filed electronically and served by first-class United States mail, postage prepaid, this 12th day of October, 2012, upon:

Joy M. Rector
198 Pleasant Hills Court
Valparaiso, IN 46385-9293


  s/ Todd J. Kaiser


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
todd.kaiser@ogletreedeakins.com

13393373.1 (OGLETREE)